**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**FREDERICK TARANTINO,**

                **Plaintiff,**                 **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    vs.

**CITY OF HORNELL, TIMOTHY AIKEN,**          **05-CV-6587L(P)**
**SHAWN HOGAN, and JOE PELYCH,**

                **Defendants.**

---

| | |
|---|---|
| **MOTION MADE BY:** | Bender, Crawford, & Bender, LLP, 68 Niagara Street, Buffalo, New York, Attorneys for the Defendants, City of Hornell, Timothy Aiken, Shawn Hogan, and Joe Pelych |
| **DATE, TIME, AND PLACE OF MOTION:** | At a date and time to be set by the Hon. David G. Larimer, U.S. District Court for the Western District of New York, 100 State Street, Rochester, New York. |
| **SUPPORTING PAPERS:** | The affidavit and exhibits of Holly C. Hecker, Esq., sworn to on the 30th day of August, 2007, and the affidavit and exhibits of Robert A. Roberts and Timothy Aiken, both sworn to on the 31st day of January, 2007, together with all of the pleadings and proceedings herein. |
| **RELIEF REQUESTED AND GROUNDS THEREFOR:** | Summary judgment dismissing all claims against the Defendants, City of Hornell, Timothy Aiken, Shawn Hogan, and Joe Pelych pursuant to Fed.R.Civ.P. 56, and for such other and further relief as the court deems just, proper and equitable. |
| **ANSWERING AFFIDAVITS:** | As set by the Court. The Defendants, City of Hornell, Timothy Aiken, Shawn Hogan, and Joe Pelych, request the opportunity to reply. |
| **ORAL ARGUMENT:** | Requested. |

**DATED**:	Buffalo, New York
	August 30, 2007

                                              S/ Holly C. Hecker
Holly C. Hecker
BENDER, CRAWFORD, & BENDER, LLP
*Attorneys for Defendants City of Hornell,*
*Timothy Aiken, Shawn Hogan, and Joe Pelych*
68 Main Street
Buffalo, New York 14202
Tel: 716.856.3200
Fax: 716.856.3270
hhecker@bendercrawford.com
ecf@bendercrawford.com

TO:	Thomas S. Lane, Esq.
	WEBSTER SZANYI LLP
	*Attorneys for Plaintiff*
	*Frederick Tarantino*
	1400 Liberty Building
	Buffalo, New York 14202
	Tel:	(716) 842-2800
	Fax:	(716) 845-6709
	tlane@websterszanyi.com